# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**AISHA LAMB,**

      **Plaintiff,**

    **v.**                                     **Case No. 4:17-cv-00468-MW-CAS**

**RENTGROW, INC.,**

      **Defendant.**

_____/

## NOTICE OF SETTLEMENT

Pursuant to Rule 16.2, N.D. Fla. Loc. R., and the Court's April 26, 2108 Order for Pretrial Conference, the parties jointly give notice of settlement of the above-captioned case.  The parties anticipate filing a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) at a later date after the parties have completed the settlement.

    Dated this 30th day of April, 2018.

| | |
|---|---|
| By: *s/David M. Marco*           | By: *s/Kathryn K. Rudderman*        |
|    David M. Marco | Kathryn K. Rudderman |
|    Florida Bar No. 125266 | Florida Bar No. 0099821 |
|    SMITHMARCO, P.C. | BUCHANAN INGERSOLL & ROONEY PC |
|    55 W. Monroe Street, Suite 1200 | 50 North Laura Street, Suite 2800 |
|    Chicago, IL  60603 | Jacksonville, FL  32202 |
|    Telephone: (312) 546-6539 | Telephone: (904) 598-3100 |
|    Facsimile: (888) 418-1277 | Facsimile: (904)598-3131 |
|    E-mail: dmarco@smithmarco.com | E-mail: katie.rudderman@bipc.com |

Alexis I. Lehmann
*Admitted pro hac vice*
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000
E-mail: alehmann@consumerlawfirm.com

*Counsel for Plaintiff Aisha Lamb*

Matthew J. Frankel
*Admitted pro hac vice*
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts  02110
(617) 345-1038 – Telephone
(866) 519-4467 – Facsimile
E-mail: mfrankel@nixonpeabody.com

*Counsel for Defendant RentGrow,Inc.*

2